UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself and all other persons similarly situated,

                Plaintiff,

v.

RITEWAY MARINE SOLUTIONS, INC.,

                Defendant.

No. 22-CV-4337 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 31, 2022, the Court ordered the parties to meet and confer within 30 days, and within 45 days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. To date, no letter has been filed.

    The parties shall submit their joint letter no later than October 14, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 6, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge