UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

RITEWAY MARINE SOLUTIONS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF SETTLEMENT**

Case No.: 1:22-cv- 04337

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, HENRY TUCKER, and Defendant, RITEWAY MARINE SOLUTIONS, INC., by and through their respective undersigned counsel, hereby notify this Honorable Court that a settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

Dated: December 6, 2022

        The Marks Law Firm, P.C.

By: _____
        Bradly G. Marks, Esq.
        155 East 55th Street, Suite 4H
        New York, NY 10022
        Tel: (646) 770-3775
        *Attorneys for Plaintiff*